UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:15-cv-01857-JMS-TAB |
| IVY TECH COMMUNITY COLLEGE, | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Motion to Enforce Settlement. [Filing No. 31.] The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The undersigned, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation, dkt [31].

Date: 6/29/2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

JAMES TAYLOR
BOX 1811
Columbus, IN 47202

Meghan Uzzi Lehner
CLEVELAND LEHNER CASSIDY
meghan@clcattorneys.com

Brian Lee Park
INDIANA ATTORNEY GENERAL
brian.park@atg.in.gov

Rebecca A. Brelage
INDIANA ATTORNEY GENERAL
rebecca.brelage@atg.in.gov

William Hackl Brainard
INDIANA ATTORNEY GENERAL
william.brainard@atg.in.gov